**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WALTER (LARRY) JENKINS,
BRENDA JENKINS and CARRIE JENKINS**                                            **PLAINTIFFS**

**V.**                                      **CIVIL ACTION NO.: 1:08CV106-SA-JAD**

**DELTA AND PINE LAND COMPANY**                                                **DEFENDANT**

**UNOPPOSED ORDER GRANTING MOTION TO TRANSFER**

This cause comes on for consideration on Defendant Delta and Pine Land Company's Motion to Transfer [10]. The Court finds as follows:

The Defendant moves for this case to be transferred to the United States District Court for the Eastern District of Missouri, Eastern Division pursuant to a forum selection clause. Plaintiffs do not object to this cause being transferred to the United States District Court for the Eastern District of Missouri, Eastern Division. However, Plaintiffs reserve its right to object to the jurisdiction of the U.S. District Court for the Eastern District of Missouri, Eastern Division.

Thus, the Court GRANTS the unopposed motion to transfer, and this cause is hereby transferred to the United States District Court for the Eastern District of Missouri, Eastern Division.

So **ORDERED**, this the 26th day of August, 2008.

                                                                **/s/ Sharion Aycock
                                                                U.S. DISTRICT COURT JUDGE**